AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| EQUAL VOTE AMERICA CORP<br>LEWIS Y. LIU<br><br>*Plaintiff(s)*<br>v.<br>MITCH McCONNELL in the capacity of the Senate Majority Leader, and CHARLES GRASSLEY in the capacity of the Chairman of the Judicial Committee<br><br>*Defendant(s)* | Civil Action No. 1:19-cv-02346 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mitch McConnell, 317 Russell Senate Office Building, Washington, DC 20510
Charles Grassley, 135 Hart Senate Office Building, Washington, D.C. 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Yu-Xi Liu, Esq.
602 39th Street, Suite 102
Brooklyn, NY 11232

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/18/2019                                            /S/ V. FRROKAJ
                                                            *Signature of Clerk or Deputy Clerk*